```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02899
    DENISE TOWNSEND
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-8386

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/20/2007 and was confirmed 07/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/23/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY           885.89             .00             .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED            .00             .00
AMERICASH LOANS LLC       UNSECURED          1387.42            .00             .00
CAPITAL ONE               UNSECURED          1185.71            .00             .00
CITY OF CHICAGO PARKING   UNSECURED           210.00            .00             .00
DISTRICT FINANCIAL SERVI  UNSECURED        NOT FILED            .00             .00
F&W LLC                   UNSECURED        NOT FILED            .00             .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00             .00
LTS MANAGEMENT            UNSECURED        NOT FILED            .00             .00
NATIONAL CREDIT ADJUSTER  UNSECURED        NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED           415.00            .00             .00
PD RECOVERY               UNSECURED        NOT FILED            .00             .00
POWER FUNDING             UNSECURED        NOT FILED            .00             .00
SMITH HAYNES & WATSON     UNSECURED        NOT FILED            .00             .00
UNITED PROCESSING         UNSECURED        NOT FILED            .00             .00
WESTBIRY VENTURES         UNSECURED        NOT FILED            .00             .00
GALWAY FINANCIAL SVC LLC  UNSECURED           120.00            .00             .00
GALWAY FINANCIAL SVC LLC  UNSECURED           395.00            .00             .00
CHASE TAX RELATED PRODUC  UNSECURED           975.00            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED            22.04            .00             .00
MKM ACQUISITIONS LLC      UNSECURED           161.65            .00             .00
ROUNDUP FUNDING LLC       UNSECURED           470.00            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED          1615.35            .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY            383.37            .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED            26.40            .00             .00
JEFFERSON CAPITAL SYSTEM  FILED LATE          193.37            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY              .00             .00             .00
INTERNAL REVENUE SERVICE  UNSECURED             .00             .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,334.00                         1,964.22
TOM VAUGHN                TRUSTEE                                              150.78
DEBTOR REFUND             REFUND                                                 .00


                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 02899 DENISE TOWNSEND
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 2,115.00  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | .00           |
| UNSECURED            |           | .00           |
| ADMINISTRATIVE       |           | 1,964.22      |
| TRUSTEE COMPENSATION |           | 150.78        |
| DEBTOR REFUND        |           | .00           |
| TOTALS               | 2,115.00  | 2,115.00      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE